IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

FILED
CLERK U.S. DISTRICT COURT
DISTRICT OF DELAWARE

2005 JUL 15  PM 4: 24

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | Criminal Action No. 04-81-KAJ |
| | ) | |
| PAUL J. LEARY, JR., and TRAVIS E. LEARY, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

For the reasons set forth in the Court's Memorandum Opinion of today's date,

IT IS ORDERED that Defendants' post-conviction motions (D.I. 116) are

DENIED.

UNITED STATES DISTRICT JUDGE

Dated:  July 15, 2005
Wilmington, Delaware